MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7168
Email: jeffrey.shih@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: DELAYED NOTICE OF VEHICLE TRACKING | CASE NO. 14-XR-90624-PSG<br><br>WITHDRAWAL OF APPLICATION FOR EXTENSION OF NON-DISCLOSURE OF VEHICLE TRACKER SEARCH WARRANTS |

The United States hereby withdraws its Application for an extension of non-disclosure of vehicle tracker search warrants in the above-captioned matter. The United States is serving notice of the warrants as required by the warrants and pursuant to Rule 41(f)(2)(C). The Application requesting an extension of delayed notice is therefore moot and hereby withdrawn.

DATED: August 18, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Jeffrey Shih
JEFFREY SHIH
Assistant United States Attorney